# EXHIBIT B

5-6-2017



Chocolate-walnut bourbon pie from Captain's Quarters.

## Bourbon makes this Derby pie a state original

THE COURIER-JOURNAL

When you're headed on a vacation, the destination is what it's all about. The destination, in this case, is dessert.

This recipe from the The Courier-Journal archive — provided years ago by the fine folks up river at Captain's Quarters — it is a simple — piece of, um, pie.

It doesn't even require that you make your own pie crust.

But don't even think about using Scotch, Tennessee whiskey or that stuff from north of the border in this dessert.

### Derby chocolate-walnut pie

- 1½ cups sugar
- 6 tablespoons flour
- 3 eggs, beaten
- ¾ cup (1½ sticks) butter, melted
- 1½ cups chopped walnut pieces
- 1½ cups chocolate chips
- 1½ ounces bourbon
- 10-inch pastry shell

Heat oven to 350 degrees.

Combine sugar with flour. Beat eggs. Add to sugar mixture. Melt butter. Slowly add to sugar mixture so as not to cook eggs. Add walnut pieces, chocolate chips and bourbon. Stir to combine.

Pour into unbaked pastry shell. Bake for about 50 minutes. Pie crust will be golden brown.

Makes 1 10-inch pie

 NISSAN  CollinsNissan.com