**EXHIBIT C**

2017

# ⊙ the dish

# Derby City Macarons opens new

**Dana McMahan**
The Dish



When aspiring young baker Riana Ferleman learned she was allergic to gluten, she was crestfallen.

Baking with her mom since she was 6-years-old — when she was more interested in eating the cookie dough than making the cookies — Ferleman was a rising star at an early age.

"My mom made me enter my apple pie in the county fair," where they lived in Maryland, she said. "In middle school, my pie won first place three years in a row." An interest in further exploring flavors was sparked when her dad became interested in cooking too, she says, and the family experimented with different cuisines.

It was around that time she discovered she couldn't have gluten.

"I had to stop baking and that was really hard," she said. "It was still kind of new then, finding ways to cook gluten-free."

Ferleman searched for alternatives, looking online for gluten free desserts. "I didn't want gluten free cupcakes," she said.

Then she happened upon macarons, the French almond flour pastry. A friend from France took her to D.C. on a macaron mission and Ferleman knew she had found what she was looking for.

"I have to figure out how to make these," she recalled saying. "I really like a challenge, so the fact that it was something I love and challenging, I had to master it."

And doing that took five years, she said. "They're really hard to make — one little thing goes wrong and they're ruined. It'll be too humid and they're a mess."

Fast forward eight years, she moved to Louisville last fall where she spent her weekends making macarons. She explored unique flavor combinations while satisfying her own sweet tooth and gave samples to friends. They were a hit. Friends urged her to open a shop, she said, but she wasn't ready.

Eventually, a fortuitous conversation with Louisville Cream, who was leaving their Old Louisville production space, led Ferleman to Joy Wilson who was opening kids' cooking school Turnip the



COURTESY RIANA FERLEMAN

Derby Pie, Mint Julep and Peach Tea macarons from Derby City Macarons.



COURTESY MINT JULEP TOURS

**Pickles at Proof on Main**

In a clever barter arrangement, she's swapping teaching hours for kitchen time.

"I'm really excited to be starting," she said. She hopes to open a shop in the next couple of years, but in the meantime, she's taking orders for Derby City Macarons on Facebook, with a website set to launch July 1. Her first Flea Off Market outing takes place in August.

On the monthly-changing menu, macaron fans can look for flavors ranging from classics to creative concoctions inspired by Ferleman's conversations on Instagram with bakers across the country, customer requests and her personal favorites. June flavors include

for a box of 12 is $15, or $25 for two dozen macarons, plus shipping (pick-up is available for Louisville customers), and at Flea Off Market she'll offer them for individual sale.

For more information visit facebook.com/derbycitymacarons.

### Mint Julep Tours wants locals to explore Louisville's culinary scene

Local tour company Mint Julep Tours, best known for its bourbon-centric outings, has added a progressive dinner series featuring local restaurants.

It's actually not a new concept for them, says Mint Julep's Chasta Feller. "We had been doing foodie adven-